ANNIE MENDEL, ADMINISTRATRIX AD PROS. OF THE
ESTATE OF JACOB MENDEL, DECEASED, RESPONDENT,
v. JOSEPH ROTH, APPELLANT.

REGINA MENDEL, ADMINISTRATRIX OF THE ESTATE OF
EDWARD MENDEL, DECEASED, RESPONDENT, v. JO-
SEPH ROTH, APPELLANT.

Submitted July 9, 1923—Decided November 19, 1923.

On appeal from the Supreme Court.

For the appellant, *Heine, Bradner & Laird.*

For the respondents, *Stamler, Stamler & Koestler.*

PER CURIAM.

These two cases are based upon the alleged negligence of
the defendant, through his servant, in the operation of an
automobile truck, which the plaintiffs claim caused the death
of their respective decedents.

The cases, while tried separately, have been argued to-
gether, and we are informed by the defendant that he "spe-
cifically abandons all grounds of appeal other than those
having to do with the constitutional question heretofore re-
ferred to."

The constitutional question referred to is that decided in
Robinson *v.* Payne, No. 82 of this term of this court (*ante*
*p.* 135), and was there decided adversely to the contention of
the defendant in these cases, and that decision is controlling
here.

Both judgments will be affirmed, with costs.

*For affirmance*—THE CHANCELLOR, CHIEF-JUSTICE, TREN-
CHARD, PARKER, KALISCH, BLACK, KATZENBACH, WHITE,
HEPPENHEIMER, GARDNER, ACKERSON, VAN BUSKIRK, JJ.
12.

*For reversal*—None.